

**FILED**

JUL 0 5 2017

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VAL B. GOTHRO,<br><br>Defendant. | **PO-17-5063-M-JCL**<br>CVB VIOLATION NO:<br>FBDW008V<br><br>JUDGMENT AND<br>SENTENCE |

Defendant appeared before the Court on June 8, 2017, on his arraignment on the above-referenced violation notice charging him with 36 CFR 261.13 VIOLATION OF LOLO NATIONAL FOREST MOTOR VEHICLE USE MAP, a Class B misdemeanor. The Court advised Defendant of the charge, his rights relative to that charge, and the possible penalties. He stated he understood, and he entered a plea of guilty to the charge. The Court accepted his plea.

**THEREFORE, IT IS ORDERED** that Defendant is sentenced to pay the amount of $70/$10/$35. Defendant has requested to make payments on the total sum and shall do so by making payments of $38.00 per month. His payments shall be made on or before the 15th day of each month beginning on July 15, 2017, and continuing thereafter until the $115.00 balance due is paid in full. His final

JUDGMENT AND SENTENCE - PAGE 1

payment of $39.00 will be due on or before September 15, 2017.

Defendant shall send his payment to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure proper credit to his violation notice Defendant's payments shall reference the violation notice number identified above.

Alternatively, Defendant may make payments through the website at www.cvb.uscourts.gov.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal the sentence imposed by this Judgment within 14 days of its entry. Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

The Clerk of Court is directed to send a copy of this Judgment and Sentence to Defendant at 38500 US 12 Highway West, Lolo, MT 59847, and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

CVB shall enter **PE** as the disposition code.

DATED this 5th day of July, 2017.

_Jeremiah C. Lynch_

Jeremiah C Lynch
United States Magistrate Judge

c:   USA
     Def
     CVB

JUDGMENT AND SENTENCE - PAGE 3